UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SERGIO A. CADAVID, | ) | Case No. CV 04-289-JVS(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL HARRISON, Warden, | ) | |
| Respondent. | ) | |

It **is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 6.29.10

James V. Selna
United States District Judge