JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SERGIO A. CADAVID,<br>　　　　Petitioner,<br>　v.<br>WILLIAM SULLIVAN (Warden),<br>　　　　Respondent. | No. LA CV 04-00289-VBF-PJW<br>**JUDGMENT** |

**Final judgment is hereby entered in favor of the respondent warden and against petitioner Sergio A. Cadavid**. IT IS SO ADJUDGED.

Dated: September 26, 2018

*Valerie Baker Fairbank*
―――――――――――――――――――
　Honorable Valerie Baker Fairbank
　Senior United States District Judge